```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                          :
HAFAD H. ALSHAARY,                                        :
                                                          :
                                        Plaintiff,        :    1:23-cv-8876-GHW
                                                          :
                -v –                                      :    ORDER
                                                          :
C/O CITADEL PROPERTY MANAGEMENT,                          :
*et al.*,                                                 :
                                                          :
                                        Defendant.        :
                                                          :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 6, 2023, Plaintiff commenced this pro se action against Defendants. Dkt. No. 1. Plaintiff, who resides in New York, New York, brought this action against Defendants, who also allegedly reside in New York, New York. *Id.* at 3–4. Plaintiff alleged that Defendants violated his rights as a tenant by closing his business without a court order or eviction notice. Plaintiff's allegations that Defendants closed and evicted his business do not appear to arise under federal law, nor does Plaintiff plead facts suggesting that he and all of the defendants are citizens of different States. Accordingly, the Court issued an order to show cause why the action should not be dismissed for lack of subject matter jurisdiction on October 12, 2023. Dkt. No. 4.

On November 8, 2023, Plaintiff submitted a letter in response to the Court's order to show cause. Dkt. No. 5. As explained in the Court's November 9, 2023 order, this response failed to indicate that the Court has federal question or diversity jurisdiction pursuant to 28 U.S.C. § 1331 or 28 U.S.C. § 1332. Dkt. No. 6. Because Plaintiff has not adequately pleaded federal question or diversity jurisdiction, the Court lacks jurisdiction over this action pursuant to either 28 U.S.C. § 1331 or 28 U.S.C. § 1332 and must dismiss the action. *See* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

In the Court's November 9, 2023 order, the Court granted Plaintiff leave to amend his complaint by no later than November 23, 2023. Dkt. No. 6. As of the date of this order, Plaintiff has not done so. Accordingly, this action is dismissed for lack of subject matter jurisdiction. The Clerk of Court is directed to close this case, and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 29, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge